AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Battani, Marianne O. | USDC, Eastern District of MI | 05/10/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge, senior status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

231 West Lafayette
Detroit, Michigan 48226

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1982 | State of Michigan Defined Benefit Plan(pension) |
| 2. | 1982 | County of Wayne Defined Benefit Plan(pension) |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Battani, Marianne O. | 05/10/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2015 | Michigan Judges' Retirement System | $36,311.16 |
| 2. 2015 | Wayne County Retirement System | $18,383.04 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Battani, Marianne O. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. FIDELITY INDIVIDUAL ACCOUNT (H) | | | | | | | | | |
| 2. -Fidelity Cash Reserves Mutual Fund | A | Dividend | K | T | | | | | |
| 3. -Fidelity Core Account - Cash | A | Interest | L | T | | | | | |
| 4. | | | | | | | | | |
| 5. EDWARDS JONES IRA ACCOUNT (H) | D | Int./Div. | | | | | | | |
| 6. -Capital Income Builder Fund Cl A | | | | | Closed | 07/06/15 | K | | |
| 7. -Capital Income Builder Funds Cl B | | | | | Closed | 07/06/15 | J | | |
| 8. -Euro Pacific Growth Fund Cl A | | | | | Closed | 07/06/15 | J | | |
| 9. -Fundamental Investors Fund Cl A | | | | | Closed | 07/06/15 | L | | |
| 10. -Fundamental Investors Fund Cl B | | | | | Closed | 07/06/15 | J | | |
| 11. -Hartford Balanced Income Fund Cl A | | | | | Closed | 07/06/15 | K | | |
| 12. -American Balanced Fund Cl A | | | | | Buy (add'l) | 01/29/15 | K | | |
| 13. | | | | | Closed | 07/06/15 | L | | |
| 14. -American Balanced Fund Cl B | | | | | Closed | 07/06/15 | J | | |
| 15. -American High Income Trust Cl A | | | | | Sold (part) | 01/26/15 | J | | |
| 16. | | | | | Closed | 07/06/15 | J | | |
| 17. -American Mutual Fund Cl A | | | | | Closed | 07/06/15 | L | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Battani, Marianne O. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Bond Fund of America Cl A | | | | | Sold (part) | 01/26/15 | K | | |
| 19. | | | | | Closed | 07/06/15 | J | | |
| 20. -Capital World Bond Fund Cl A | | | | | Closed | 07/06/15 | K | | |
| 21. -Franklin Small Cap Value Fund Cl A | | | | | Closed | 07/06/15 | K | | |
| 22. -Growth Fund of America Cl A | | | | | Closed | 07/06/15 | J | | |
| 23. -Income Fund of America Fund Cl A | | | | | Closed | 07/06/15 | L | | |
| 24. -New Economy Fund Cl A | | | | | Closed | 07/06/15 | K | | |
| 25. -New World Fund Cl A | | | | | Buy (add'l) | 01/29/15 | J | | |
| 26. | | | | | Closed | 07/06/15 | K | | |
| 27. -Invesco Build America Bonds Income Trust Series #61 | | | | | Closed | 07/06/15 | J | | |
| 28. -First Trust Build America Bonds Monthly Cash Series 28 | | | | | Closed | 07/06/15 | J | | |
| 29. -Invesco Invt Grd Incm 10-20 Yr Series #2 | | | | | Closed | 07/06/15 | J | | |
| 30. -Invesco Invt Grd Incm 10-20 Yr Series #6 | | | | | Closed | 07/06/15 | J | | |
| 31. -Hartford Mid Cap Value Fund Cl A | | | | | Closed | 07/06/15 | K | | |
| 32. -Franklin Balanced Fund Cl A | | | | | Closed | 07/06/15 | K | | |
| 33. -American Funds Global Balanced Fund Cl A | | | | | Buy | 01/29/15 | K | | |
| 34. | | | | | Closed | 07/06/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Battani, Marianne O. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36.  EDWARDS JONES SINGLE ACCOUNT (H) | | | | | | | | | |
| 37.  -Edwards Jones Money Market Fund | A | Dividend | | | Closed | 07/09/15 | K | | |
| 38.  -Lord Abbett Short Dur Inc Fd A | A | Dividend | | | Closed | 07/09/15 | J | | |
| 39.  -Franklin High Yield Tax Free Income Fund Cl A | A | Dividend | | | Sold | 03/10/15 | K | | |
| 40.  -Franklin Michigan Tax Free Income Fund Cl A | B | Dividend | | | Buy (add'l) | 03/10/15 | K | | |
| 41. | | | | | Buy (add'l) | 03/12/15 | J | | |
| 42. | | | | | Closed | 07/09/15 | L | | |
| 43.  -American Balanced Fund Cl A | A | Dividend | | | Closed | 07/09/15 | K | | |
| 44.  -Franklin Convertible Secs Fd A | A | Dividend | | | Closed | 07/09/15 | J | | |
| 45.  -Hartford Equity Income Fd Cl A | A | Dividend | | | Closed | 07/09/15 | J | | |
| 46.  -Invesco Unit Trs Unit 1493 Dow Jones Total Mkt Port | A | Dividend | | | Buy | 01/29/15 | J | | |
| 47. | | | | | Closed | 07/09/15 | J | | |
| 48.  -Wayne St Univ MI Gen Rev Ser A | A | Interest | | | Buy | 02/05/15 | J | | |
| 49. | | | | | Closed | 07/09/15 | J | | |
| 50. | | | | | | | | | |
| 51.  CHASE BANK (cash account) | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Battani, Marianne O. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53.   CHASE INVESTMENT PORTFOLIO (H) | | | | | | | | | |
| 54.   -JPMorgan TR II Liquid Assets Mrnkt Instl | A | Dividend | J | T | | | | | |
| 55.   -Blackrock Funds High Yield Bond Portfolio Instl | A | Dividend | J | T | Buy (add'l) | 08/24/15 | J | | |
| 56.   -Cohen & Steers Real Estate Securities Fund Cl I | A | Dividend | J | T | Sold (part) | 08/24/15 | J | | |
| 57.   -Causeway Cap Mgmt Tr Intl Value Fd Instl Cl | A | Dividend | J | T | Buy (add'l) | 08/24/15 | J | | |
| 58.   Delaware Group Emergings Markets Fund Instl Cl | A | Dividend | J | T | Buy (add'l) | 08/24/15 | J | | |
| 59.   Dreyfus Strategic Value Fund Cl I | A | Dividend | J | T | Sold (part) | 08/24/15 | J | | |
| 60.   Dodge & Cox Income Fund | A | Dividend | J | T | Sold (part) | 08/24/15 | J | | |
| 61.   -Federated High Income Bond Fund Inc Cl A | A | Dividend | J | T | Buy (add'l) | 08/24/15 | J | | |
| 62.   -Fidelity Advisor New Insights Fd Cl A | A | Dividend | J | T | Sold (part) | 08/24/15 | J | | |
| 63.   -Federated Total Return SERS Inc Ultrashort Bd Fd Instl Shs | A | Dividend | J | T | Sold (part) | 08/24/15 | J | | |
| 64.   -Franklin Mutual Shares Fund Cl Z | | | | | Sold | 03/13/15 | J | | |
| 65.   -Goldman Sachs Small Cap Value Funds- Instl Cl | A | Dividend | J | T | Sold (part) | 08/24/15 | J | | |
| 66.   -Goldman Sachs Emerging Mkts Debt Fd Instl Cl | A | Dividend | J | T | Buy (add'l) | 08/24/15 | J | | |
| 67.   -Hartford Mutual Funds Inc Midcap Fund Cl I | A | Dividend | J | T | Sold (part) | 08/24/15 | J | | |
| 68.   -Oakmark Fund | A | Dividend | J | T | Sold (part) | 08/24/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Battani, Marianne O. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Investment Managers SER Tr Oak Ridge Sml Cap Gth Fd Y | A | Dividend | J | T | Sold (part) | 08/24/15 | J | A | |
| 70. -JPMorgan Tr II Core Bd Fd Select Cl | A | Dividend | J | T | Sold (part) | 08/24/15 | J | A | |
| 71. -JPMorgan Diversified Mid Cap Growth Fd Select Cl | A | Dividend | J | T | Sold (part) | 08/24/15 | J | A | |
| 72. -Lazard Fds Inc Intl Strategic Eqi Port Instl | A | Dividend | J | T | Buy (add'l) | 08/24/15 | J | | |
| 73. -MFS SER TR X Intl Value Fd Cl I | A | Dividend | J | T | Sold (part) | 08/24/15 | J | | |
| 74. -MFS SER TR X Emerging Market Debt Fund Class I | A | Dividend | J | T | Buy (add'l) | 08/24/15 | J | | |
| 75. -Neuberger Berman Genesis Fd Institutional Class | A | Dividend | J | T | Sold (part) | 08/24/15 | J | | |
| 76. -Oppenheimer Developing Markets Fund Cl Y | A | Dividend | J | T | Buy (add'l) | 08/24/15 | J | | |
| 77. -Oppenheimer International Growth Fund Cl Y | A | Dividend | J | T | Buy (add'l) | 08/24/15 | J | | |
| 78. -Opperheimer Real Estate Fd Cl Y | A | Dividend | J | T | Sold (part) | 08/24/15 | J | A | |
| 79. -Pimco Total Return Fund Instl Cl | A | Dividend | J | T | Sold (part) | 08/24/15 | J | | |
| 80. -Pimco Short Term Fund Instl Cl | A | Dividend | J | T | Sold (part) | 08/24/15 | J | | |
| 81. -Putnam High Yield Trust Sh Ben Int Cl Y | A | Dividend | | | Sold | 03/25/15 | J | | |
| 82. -T Rowe Price Blue Chip Growth Fund Inc Advisor Cl | A | Dividend | J | T | Sold (part) | 08/24/15 | J | A | |
| 83. -T Rowe Price Intl Funds Inc Emerging Markets Bond Fund | A | Dividend | J | T | Buy (add'l) | 08/24/15 | J | | |
| 84. -Vanguard Fixed Inc Secs Fd Inc Short Term Invt Grade Fund | A | Dividend | J | T | Sold (part) | 08/24/15 | J | | |
| 85. -Wells Fargo Advantage Mid Cap Disciplined Fl Cl L | A | Dividend | J | T | Sold (part) | 08/24/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Battani, Marianne O. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Dodge & Cox Stock Fund | A | Dividend | J | T | Buy | 03/16/15 | J | | |
| 87. | | | | | Sold (part) | 08/24/15 | J | | |
| 88. -Mainstay High Yield | A | Dividend | J | T | Buy | 03/26/15 | J | | |
| 89. | | | | | Buy (add'l) | 08/24/15 | J | | |
| 90. | | | | | | | | | |
| 91. MassMutual: whole life policy | A | Dividend | J | T | | | | | |
| 92. | | | | | | | | | |
| 93. INVESTORS CAPITAL BROKERAGE ACCOUNT(H) | | | | | | | | | |
| 94. -Federated Capital Reserves | A | Dividend | K | T | Open | 07/09/15 | K | | |
| 95. -Wayne St Univ Mich Univ Revs RFDG-GEN Ser A | A | Interest | J | T | Open | 07/09/15 | J | | |
| 96. -American Balanced Fund Class A | B | Dividend | K | T | Open | 07/09/15 | K | | |
| 97. -Franklin Convertible Secs Fund Class A | A | Dividend | J | T | Open | 07/09/15 | J | | |
| 98. -Franklin Michigan Tax-Free Income Fund Class A | B | Dividend | L | T | Open | 07/09/15 | L | | |
| 99. -Hartford Equity Income Fund Class A | A | Dividend | J | T | Open | 07/09/15 | J | | |
| 100. -Lord Abbett Short Duration Income Fund Class A | A | Dividend | J | T | Open | 07/09/15 | J | | |
| 101. -Invesco Unit Trs Unit 1493 Dow Jones Total Mkt Port Enhanced Index St | A | Distribution | J | T | Open | 07/09/15 | J | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Battani, Marianne O. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  INVESTORS CAPITAL IRA ACCOUNT (H) | E | Int./Div. | | | | | | | |
| 104.  -Pershing Prime Reserves | | | J | T | Open | 07/06/15 | J | | |
| 105.  -American Balanced Fund Class A | | | L | T | Open | 07/06/15 | L | | |
| 106. | | | | | Buy (add'l) | 07/13/15 | J | | |
| 107.  -American Balanced Fund Class B | | | | | Open | 07/06/15 | J | | |
| 108. | | | | | Sold | 07/13/15 | J | | |
| 109.  -American Funds Global Balanced Fund Class A | | | K | T | Open | 07/06/15 | K | | |
| 110.  -American High Income Trust Class A | | | J | T | Open | 07/06/15 | J | | |
| 111.  -American Mutual Fund Class A | | | L | T | Open | 07/06/15 | L | | |
| 112.  -The Bond Fund of America Class A | | | J | T | Open | 07/06/15 | J | | |
| 113.  -Capital Income Builder Fund Class A | | | K | T | Open | 07/06/15 | K | | |
| 114. | | | | | Buy (add'l) | 07/13/15 | J | | |
| 115.  -Capital Income Builder Fund Class B | | | | | Open | 07/06/15 | J | | |
| 116. | | | | | Sold | 07/13/15 | J | | |
| 117.  -Capital World Bond Fund Class A | | | K | T | Open | 07/06/15 | K | | |
| 118.  -Europacific Growth Fund Class A | | | J | T | Open | 07/06/15 | J | | |
| 119.  -Franklin Balanced Fund Class A | | | K | T | Open | 07/06/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Battani, Marianne O. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Franklin Small-Cap Value Fund Class A | | | K | T | Open | 07/06/15 | K | | |
| 121.  -Fundamental Investors Class A | | | L | T | Open | 07/06/15 | L | | |
| 122. | | | | | Buy (add'l) | 07/13/15 | J | | |
| 123.  -Fundamental Investors Class B | | | | | Open | 07/06/15 | J | | |
| 124. | | | | | Sold | 07/13/15 | J | | |
| 125.  -The Growth Fund of America Class A | | | J | T | Open | 07/06/15 | J | | |
| 126.  -The Hartford Mid-Cap Value Fund Class A | | | K | T | Open | 07/06/15 | K | | |
| 127.  -The Hartford Balance Income Fund Class A | | | K | T | Open | 07/06/15 | K | | |
| 128.  -The Income Fund of America Class A | | | L | T | Open | 07/06/15 | L | | |
| 129.  -The New Economy Fund Class A | | | K | T | Open | 07/06/15 | K | | |
| 130.  -New World Fund Class A | | | K | T | Open | 07/06/15 | K | | |
| 131.  -Build Amer Bds Income Tr Unit 61 | | | J | T | Open | 07/06/15 | J | | |
| 132.  -First Tr Combined Ser Unit 354 Build Amer Bds Port Ser 28 | | | J | T | Open | 07/06/15 | J | | |
| 133.  -Investment Grade Income TR 10-20-Yr Unit Ser 2 | | | J | T | Open | 07/06/15 | J | | |
| 134.  -Investment Grade Income TR 10-20 Yr Unit Ser 6 | | | J | T | Open | 07/06/15 | J | | |
| 135. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Battani, Marianne O. | 05/10/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

NOTE: THE EDWARDS JONES IRA ACCOUNT(H) (lines 5-34) WAS TRANSFERRED TO INVESTORS CAPITAL IRA ACCOUNT(H) (lines 103-134) ON 07/06/15.

NOTE: THE EDWARDS JONES SINGLE ACCOUNT(H) (lines 36-49) WAS TRANSFERRED TO INVESTORS CAPITAL BROKERAGE ACCOUNT(H) (lines 93-101) ON 07/09/15.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Marianne O. Battani**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544